UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

MELANIE LOWE and Z.C., A MINOR, BY AND   :
THROUGH HIS MOTHER, MELANIE LOWE,        :
      Plaintiffs,                        :
                                         :
      v.                                 :   No. 5:20-cv-1413
                                         :
LANCASTER COUNTY CHILDREN AND            :
YOUTH SOCIAL SERVICES; KAITLIN GEISS;    :
KAREN GARBER; and JOHN DOE,              :
      Defendants.                        :
_____

**O R D E R**

**AND NOW**, this 8th day of December, 2020, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

    1.    Defendants' Motion to Dismiss, ECF No. 5, is **GRANTED**.

    2.    The Complaint, ECF No. 1, is **DISMISSED without prejudice in its entirety**.

    3.    **Within twenty days of the date of this Order**, Plaintiffs may, consistent with the Opinion, file an amended complaint.

    4.    If Plaintiffs fail to timely file an amended complaint, the dismissal will be with prejudice and the case will be closed, without further notice to Plaintiffs.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge